# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

| | | |
|---|---|---|
| DEREK MORTLAND, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:25-CV-00007-DJH |
| SACHI LLC, | ) ) ) | |
| Defendant. | ) | |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF REMAINING DEADLINES

The Parties having jointly moved to extend Defendant's expert disclosure deadline, the discovery deadline, and the deadline for dispositive motions and motions regarding the admissibility of expert witness testimony, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Parties' Joint Motion to Extend Remaining Deadlines is **GRANTED**.

**IT IS HEREBY ORDERED** that the Court's Scheduling Order entered on April 16, 2025 (DE 13), is hereby amended as follows:

1. Defendant's identification of experts in accordance with FRCP 26(a)(2) shall be due no later than **October 31, 2025**.

2. The Parties shall complete all discovery no later than **April 30, 2026.**

3**.** The Parties shall file all dispositive motion and any motions objecting to the admissibility of expert witness testimony no later than **July 3, 2026.**